UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DONALD WINCHESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:04-cv-1153-DFH-WTL |
| ) | |
| ALLISON TRANSMISSION/GMC, ) | |
| RANDY BRAMWELL, TODD POTORFF, ) | |
| ROBERT MITCHELL, RALPH NICHOLS, ) | |
| STEVE ARMSTRONG, and GARY SMITH, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court has issued today its entry granting defendants' motions for summary judgment. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Donald Winchester take nothing by his complaint against defendants Allison Transmission/GMC, Randy Bramwell, Todd Potorff, Robert Mitchell, Ralph Nichols, Steve Armstrong, and Gary Smith, and that this action is hereby DISMISSED WITH PREJUDICE.

Date: August 22, 2006

DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

-2-

Copies to:

Heather Renee Hamilton Gill
LATHROP & GAGE LC
hgill@lathropgage.com

Jane Ann Himsel
WOODEN & MCLAUGHLIN LLP
jhimsel@woodmaclaw.com

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

Richard A. Rocap
ROCAP WITCHGER, LLP
rar@rocap-witchger.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com

David Christopher Vogel
LATHROP & GAGE L.C.
dvogel@lathropgage.com